IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ANTHONY MAHONEY,
ADC #139513                                                                                    PLAINTIFF

V.                          CASE NO. 4:17-CV-00280 SWW/BD

HURD and LOPEZ                                                                                 DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 29th day of June, 2017.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE